UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                                :

MASIMO CORPORATION,

                            Plaintiff,

           -against-

JOE E. KIANI ET AL,

                         Defendants.

-------------------------------------------------------------- X

**ORDER GRANTING MOTION TO SEAL**

24 Civ. 8147 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Defendants' motion to seal their motion to disqualify counsel, ECF No. 89, is granted. The unredacted papers previously filed under seal, ECF Nos. 94, 95, 96, and 97, shall remain under seal. Defendants shall submit courtesy copies of those unredacted papers to the Court, showing the redactions. The Clerk is directed to terminate the motion, ECF No. 89.

       SO ORDERED.

Dated:    January 21, 2025
             New York, New York

/s/ Alvin K. Hellerstein
_____
ALVIN K. HELLERSTEIN
United States District Judge