

**SCHULTE ROTH + ZABEL**

Michael E. Swartz
212-756-2471
Michael.Swartz@srz.com

February 10, 2025

*The status conf. is adjourned to April 4, 2025 10:00 am.*
*2-11-25*
*[signature] Alvin K. Hellerstein*

**VIA ECF AND FAX**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>Masimo Corp. v. Kiani, Case No. 24-cv-08147-AKH</u>

Dear Judge Hellerstein:

Pursuant to Your Honor's Individual Rule 1.D, we write on behalf of Plaintiff Masimo Corporation ("Masimo") to seek an adjournment of the status conference scheduled for March 7, 2025 as I have a previously-scheduled arbitration hearing on that date which will last through March 13, 2025.

All parties consent to this request and have conferred regarding their availability for a rescheduled conference later in March. All parties are available on March 25, 26, and March 28, 2025. Masimo respectfully requests the status conference be adjourned to one of those dates or a later date convenient to the Court.

Masimo has not previously sought an extension related to the status conference.

We thank the Court for its consideration.

Respectfully Submitted,

*[signature]*

Michael E. Swartz